UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE PUSTY ,

       Plaintiff,                     Case No. 1:11-cv-19

v.                                       Hon. Hugh W. Brenneman, Jr.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the court's order granting the parties' joint stipulation to remand:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for a new hearing and further consideration of plaintiff's application pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  June 22, 2011                              /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge